UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL A BURNHART,<br><br>               Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON et al.<br><br>               Defendants. | CASE NO. C11-5845-RBL-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation; and

(2)     This action is dismissed with prejudice as malicious with the dismissal counting as a strike pursuant to 28 U.S.C.1915 e(2) and 28 U.S.C. 1915 (g). All pending motions are denied.

(3)     This is the fourth time plaintiff has filed a civil rights action challenging the length of his sentence. He has been repeatedly informed actions of this nature must proceed through habeas corpus.

1  Plaintiff's actions are abusive of the judicial process and should not be subsidized and encouraged by the generosity of the in forma
2  pauperis statue.

3  DATED this 21st day of November, 2011.

4

5

6  _____
   RONALD B. LEIGHTON
7  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 2